# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILFRED JOSEPH, LEROY ELLIS
AND BERNARD COLEMAN,
APPEARING BOTH INDIVIDUALLY
AND AS TRUSTEES OF THE NEW
MAGNOLIA BAPTIST CHURCH

NO.  2024 CW 1156

VERSUS

REVEREND JOHN SCOTT

**DECEMBER 2, 2024**

---

In Re:   Wilfred Joseph, Leroy Ellis and Bernard Coleman, appearing herein both individually and as trustees of the New Magnolia Baptist Church, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 200923.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT